# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

                                                  Case No. 95-CR-204

    -vs-

**LEONEL RUIZ,**

        **Defendant.**

## ORDER

The Court has read the submissions made relative to the defendant, Leonel Ruiz's, motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and rules as follows.

Ruiz's motion is without sufficient merit and is **DENIED**.

Dated at Milwaukee, Wisconsin, this 7th day of November, 2005.

                                  **SO ORDERED,**

                                  **s/ Rudolph T. Randa**
                                  **HON. RUDOLPH T. RANDA**
                                  **Chief Judge**